## EDWARD R. CAMPBELL *versus* STEPHEN MACK

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended \*p. 360; (2) motion for judgment \*p. 435; (3) rule for judgment \*p. 480.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) bail bond; (4) recognizance and bail piece; (5) declaration; (6) report of assessment of amount due; (7) precipe for execution fi. fa.

*1822–23 Calendar*, MS p. 69. Recorded in *Book B*, MS pp. 386–88.